*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

May 30, 2024

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Quiterio Aramburo, 24-cr-066**
**Request to Adjourn Sentencing with the Consent of the Government**

Dear Judge Engelmayer,

My office represents Mr. Quiterio Aramburo in the above proceedings.

With the consent of the government, I would like to request that my client's sentencing be adjourned for about six weeks.

The assigned AUSA and I have conferred regarding our availability and a date in the week of July 8th would be preferable if the Court is available.

I thank Your Honor for your time and attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By:   Robert Osuna, Esq.

---

**GRANTED.** Sentencing is adjourned to July 10, 2024 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 37.

SO ORDERED.                                                  5/31/2024

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge