*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

July 17, 2024

Hon. Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**      **United States v. Quiterio Aramburo, 24-cr-066**
             **Request for Facility Designation**

Dear Judge Engelmayer,

My office represents Mr. Quiterio Aramburo in the above proceedings.

As Your Honor is aware, Mr. Quiterio Aramburo was recently sentenced, and I had asked the Court to recommend that he be designated to a facility in the Houston, Texas area.

Upon further conversations with family members who reside in the Texas area, there is some security concern due to the large presence of Mexican prisoners who are known to be discriminating towards individuals similarly situated to Mr. Quiterio Aramburo as he is of Colombian descent.

Thus, I respectfully ask that His Honor instead recommend that Mr. Quiterio Aramburo be designated to a facility in the Sumterville, Florida area.

I thank Your Honor for your time and attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.

**GRANTED.** The Court will issue an amended judgment making a designation recommendation to the BOP consistent with counsel's revised recommendation herein. The Clerk of Court is requested to terminate the motion at Dkt. No. 42.

7/18/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge